UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 08 B 06399
   BOBOY G AMODIA
   RUBY ANNE AMODIA                          CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-5237     SSN XXX-XX-1965
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 03/18/08 and confirmed on 06/27/08.

     2.   The case was converted to Chapter 7 after confirmation, 11/14/2008.

     3.   The Debtor paid a total of $   6658.19 .

     4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAS SERVICING CO | SECURED | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 1300.00 | .00 | 277.95 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 15951.54 | 384.64 | 2213.51 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| JAMES M PHILBRICK | ADMINISTRATIV | 500.00 | .00 | 500.00 |

                    Summary of disbursements:
--------------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 17251.54 | 500.00 | .00 | .00 | 17751.54 |
| PRINCIPAL PAID | 2491.46 | 500.00 | .00 | .00 | 2991.46 |
| INTEREST PAID | 384.64 | .00 | .00 | .00 | 384.64 |
| TOTAL PAID | 2876.10 | 500.00 | .00 | .00 | 3376.10 |

The Debtor's attorney, KENNETH S BORCIA & ASSOC      , was allowed $   3500.00
and was paid $   596.00  direct and $   2904.00  through the plan.

The Trustee received $    378.09 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/12/09                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE


                          PAGE  2
      CASE NO. 08 B 06399 BOBOY G AMODIA & RUBY ANNE AMODIA